**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

**UNITED STATES OF AMERICA**   **)**     **CASE NO:  4:22-CR-151**
                            **)**
**v.**                                **)**
                            **)**
**CEDRICK DEMON ROBINSON**   **)**

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates: July 20, 2023, through and including August 5, 2023, for the purpose of out-of-district military duty.

      **IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

      **SO ORDERED**, this 20th day of April 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA