# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 4:22-CR-151 |
| | ) | |
| v. | ) | |
| | ) | |
| **CEDRICK DEMON ROBINSON** | ) | |

## ORDER

Application for leave of absence has been requested by Michael Z. Spitulnik, Special Assistant United States Attorney, for May 10, 2024, and May 23, 2024, through May 31, 2024.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for a hearing or trial during such leave.

So ORDERED this 21st day of March 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA