UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR422-151 |
| | ) | |
| CEDRICK DEMON ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On June 1, 2023, the Court ordered a forensic psychological examination of defendant Cedrick Demon Robinson, in accordance with 18 U.S.C. § 4241(a) and (b), to assess both his mental competency for trial and his criminal responsibility for the charged offense. Doc. 49. He has since had a comprehensive psychological evaluation at the Federal Correctional Institution in Butner, North Carolina. Doc. 61; *see also* doc. 62-1 (Neuropsychological evaluation). His evaluators found that he is competent to stand trial. Doc. 61 at 7. On May 20, 2024, the Court held an evidentiary hearing at which Defendants' evaluators, psychologist, Dr. Heather Ross and neuropsychologist, Dr. Tracy Pennuto, testified. *See* doc. 74 (Minute Entry). Both evaluators' written reports were admitted, under seal, without objection. *See* docs. 74-2 & 74-3.

Both Dr. Ross and Dr. Pennuto were qualified as expert witnesses. The Court found their respective testimonies wholly credible. Each testified that, although Defendant Robinson suffers from some ongoing effects of a traumatic brain injury suffered in 2017, he remains able to understand the nature of the proceedings against him and able to assist in his own defense. Defendant presented no evidence that would undermine or contradict the evaluators' conclusions. He, therefore, has not borne his burden to establish his incompetency by a preponderance of the evidence. *See, e.g., United States v. Bradley*, 644 F.3d 1213, 1268 (11th Cir. 2011). The Court concurs with the evaluators' findings and concludes that Robinson is not presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and

Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 23rd day of May, 2024.

*/s/ Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia