# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 4:22-CR-151 |
| | ) | |
| **CEDRICK DEMON ROBINSON** | ) | |

## ORDER TO SEAL

Based upon the motion of the Government to seal pursuant to SDGA LR Crim. 49.1, and for good cause shown therein, it is hereby ORDERED:

That the entirety of the documents for the above-referenced filing be sealed until circumstances warrant unsealing the documents under LR 49.1(b)(1)(D), specifically a party filing a motion to unseal and the Government's response, if any such motion is filed; and

That the United States Attorney's Office and any other governmental investigative and prosecutorial entities may share and use the filings in this sealed case in accordance with their official duties, and access and use of the sealed materials is limited to the Court, the parties listed above, and any criminal defense counsel receiving these materials through a criminal discovery order or similar court order.

Nothing in this Order shall prevent criminal defense counsel from challenging the issuance of this judicial process, except that they will be required to file any sealed filings under seal.

So ORDERED, this 29th day of July 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA